UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANA SCUDERI-HUNTER,

                     Plaintiff,

-against-

AMY B. MERKLEN, in her official capacity
as the Delaware County Attorney,
TINA B. MOLE, in her official capacity as Chairperson
of the Delaware County Board of Supervisors, the
DELAWARE COUNTY BOARD OF SUPERVISORS,
and the COUNTY OF DELAWARE.,

                     Defendants.

**NOTICE OF APPEAL**
Civil Action No.:3:22-CV-0002
(LEK/ML)

---

      **PLEASE TAKE NOTICE** that Plaintiff, Dana Scuderi-Hunter, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order (Docket No. 20) of the United State District Court for the North District of New York, Hon. Lawrence E. Kahn, United States District Judge, entered in this action on the 20th day of March, 2023, which granted Defendants' Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      **PLEASE TAKE FURTHER NOTICE**, that final judgement in this matter was entered by the United States District Court for the Northern District of New York on the 20th day of March, 2023.

Dated: April 3, 2023             Yours, etc.
        Albany, New York

**GLEASON DUNN WALSH & O'SHEA**

_/s/ Ronald G. Dunn_

Ronald G. Dunn, Esq.
Attorney for Plaintiff-Appellant
40 Beaver Street
Albany, New York 12207
(518) 432-7511

TO: **VIA ECF**
Giancarlo Facciponte, Esq.
The Law Firm of Frank W. Miller, PLLC
6575 Kirkville Road
East Syracuse, NY 13057
(315) 234-9900

2